IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MARINER HEALTH CARE, INC., ET. AL                    PLAINTIFFS

VS.                                                  No. 4:04CV245-D-B

JUANITA FERGUSON, ET. AL                             DEFENDANTS

ORDER DENYING MOTION TO COMPEL ARBITRATION

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Plaintiffs' motion to compel arbitration (docket entry 28) is DENIED;

(2) the Plaintiffs' claims are DISMISSED; and

(3) this case is CLOSED.

SO ORDERED, this the 29th day of June 2006.


/s/ Glen H. Davidson
Chief Judge